**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wendolyn HOWARD, Defendant–**
**Appellant.**

**No. 14–10457.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 2, 2015.

Daniel R. Schiess, Assistant U.S., Phillip Nelson Smith, Jr., Assistant U.S., USLV–

Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Defendant–Appellant.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Wendolyn Howard appeals from the district court's judgment and challenges the 20–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Howard contends that the sentence imposed by the district court is substantively unreasonable because it fails to account for his rehabilitative efforts and his acquittal of the most serious charges before him in state court. The district court did not abuse its discretion in imposing Howard's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) factors and the totality of the circumstances, including Howard's violent history and how rapidly he violated the conditions of his supervised release. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.